**Dismissed and Memorandum Opinion filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00774-CV

## MARK ANTHONY REYNA, Appellant

### V.

## DON SUMNER, HARRIS COUNTY TAX ASSESSOR, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-46623**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order re-setting the trial date. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On October 24, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal because there is no appealable order. *See* Tex. R. App. P.

42.3(a).  Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.